**AUSTIN E. WING *versus* CONRAD TEN EYCK AND DAVID C. McKINSTRY.**

JOURNAL ENTRIES (1826–35): *Journal 4:* (1) Motion for default judgment, continued *p. 101; (2) motion for default judgment *p. 130; (3) continued *p. 138; (4) rule for default judgment, continued *p. 190; (5) continued *p. 239; (6) motion for jury to assess damages *p. 274; (7) continued *p. 333; (8) continued *p. 414;

(9) continued *p. 450. *Journal 5:* (10) Continued *p. 33; (11) jury ordered summoned to assess damages *p. 48; (12) damages remitted, judgment for costs *p. 63.
PAPERS IN FILE: (1) Precipe for summons; (2) summons and return; (3) declaration; (4–6) subpoenas; (7) venire facias.
*1824–36 Calendar,* MS p. 94.